**Dismiss and Opinion Filed April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01675-CV

**ONE THOUSAND FIVE HUNDRED EIGHTY DOLLARS ($1,580.00) IN LAWFUL UNITED STATES CURRENCY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02801-2012**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 5, 2013, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 5, 2013, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 17, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed

without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. In response, appellant filed a request to proceed in forma pauperis. By order dated February 10, 2014, we denied appellant's request without prejudice to filing an affidavit of indigency in compliance with Texas Rule of Appellate Procedure 20.1. We notified appellant that any affidavit filed would be referred to the trial court for a determination as to the appropriate relief. We cautioned appellant that failure to file an affidavit or written verification he had paid or made arrangements to pay for the clerk's record would result in the dismissal of this appeal. On March 19, 2014, we sent a second letter to appellant regarding the clerk's record. We again cautioned appellant that failure to provide written verification of payment or arrangements to pay for the clerk's record within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

131675F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ONE THOUSAND FIVE HUNDRED
EIGHTY DOLLARS ($1,580.00) IN
LAWFUL UNITED STATES CURRENCY,
Appellant

No. 05-13-01675-CV       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-02801-2012.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal
from appellant MICHAEL E. PENNINGTON.


Judgment entered April 2, 2014


                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE

–3–